MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Erich J. Rosenwinkel

Chapter 7

Case No. 10-30042

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
| --- | --- | --- | --- |

**SEE ATTACHED EXHIBIT A**

Date:  May 31, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475



# Claims Distribution Small Checks

**Case: 10-30042 - ROSENWINKEL, ERICH J.**

**Trustee: Mary Jo A. Jensen-Carter (430110)**

Account No. 920002716650966

Check No. Issued: 111  05/31/11

Payee: U.S. Bankruptcy Court

| Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|
| 2 | 03/11/10 | 610 | CITY OF WOODBURY 8301 VALLEY CREEK RD WOODBURY, MN 55125 | 315.34 | 315.34 | 1.71 | 1.71 |
| 3 | 03/10/10 | 610 | MINNESOTA DEPT OF ECONOMIC SEC UNEMPLOYMENT DIVISION 332 MINNESOTA ST STE E200 ST PAUL, MN 55101 | 538.00 | 538.00 | 2.91 | 2.91 |
| 4 | 03/12/10 | 610 | ST PAUL HEART CLINIC 225 NORTH SMITH AVENUE, SUITE 501 ST PAUL, MN 55102 | 84.33 | 84.33 | 0.46 | 0.46 |
| 6 | 03/15/10 | 610 | HEALTHEAST PHYSICIAN SERVICES NW 5755 PO BOX 1450 MINNEAPOLIS, MN 55485 | 257.53 | 257.53 | 1.39 | 1.39 |
| 9 | 03/19/10 | 610 | CAMILLE KULKA MS 333 NORTH MAIN STREET, SUITE 205 STILLWATER, MN 55082 | 151.46 | 151.46 | 0.82 | 0.82 |
| 12 | 03/25/10 | 610 | RELIANCE RECOVERIES 6160 SUMMIT DRIVE, SUITE 420 BROOKLYN CENTER, MN 55430 | 394.03 | 394.03 | 2.13 | 2.13 |
| 13 | 03/25/10 | 610 | GUNNAR ELECTRIC INC 7960 EDEN PRAIRIE ROAD EDEN PRAIRIE, MN 55347 | 599.75 | 599.75 | 3.25 | 3.25 |
| 16 | 04/27/10 | 610 | Recovery Management Systems Corporation for GE Money Bank d/b/a Sam's Club 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | 212.52 | 212.52 | 1.15 | 1.15 |

Check Amount: $13.82

(*) Denotes objection to Amount Filed